**Order filed December 1, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00717-CV

———————

## IN THE INTEREST OF C.L.D. AND C.K.D. MINOR CHILDREN

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2013-63458**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 257th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On October 19, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed a motion to extend time to pay for the record until November 14, 2022. We granted that motion. As of today, the record has not been filed and appellant has not provided this court with proof of payment for the

record.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.